UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD TERRY LARSON, | ) | Case No. EDCV 09-1959 AG(JC) |
| Petitioner, | ) | |
| | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| JAMES D. HARTLY, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: May 28, 2010

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE